AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Columbia

United States of America
v.

Jared Hunter Adams

_____
Defendant

)
)
)
)
)
)
)

Case: 1:21-mj-00285
Assigned To : Harvey, G. Michael
Assign. Date : 3/5/2021
Description: Complaint w/ Arrest Warrant

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*                    Jared Hunter Adams                    ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment        ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☒ Complaint

☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☐ Violation Notice        ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without
Lawful Authority;
40 U.S.C. § 5104(e)(2) - Violent Entry and Disorderly Conduct on Capitol Grounds;
18 U.S.C. § 1752(a)(2) - Knowingly Engaging in Disorderly or Disruptive Conduct in Restricted Building.

Digitally signed by G.
Michael Harvey
Date: 2021.03.08
11:02:50 -05'00'

Date:      03/08/2021                    _____
                                          *Issuing officer's signature*

City and state:        Washington, D.C.                    G. Michael Harvey, U.S. Magistrate Judge
                                          *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)*  3/8/2021 , and the person was arrested on *(date)*  3/9/2021 at *(city and state)*  Hilliard, Ohio . |
| Date: 3/9/2021                 _____ <br> *Arresting officer's signature* <br> Special Agent Tyler Schwab <br> *Printed name and title* |

Case 1:21-cr-00212-ABJ   Document 5   Filed 03/09/21   Page 2 of 2

**This second page contains personal identifiers provided for law-enforcement use only
and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender: Jared Hunter Adams

Known aliases:

Last known residence:        9230 Cemetery Pike, Plain City, Ohio 43064

Prior addresses to which defendant/offender may still have ties:

Last known employment:

Last known telephone numbers:        614-615-5569

Place of birth:

Date of birth:        6/21/1994

Social Security number:        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

Height:                                                    Weight:

Sex:        Male                                        Race:        Caucasian

Hair:        Blond                                        Eyes:

Scars, tattoos, other distinguishing marks:

History of violence, weapons, drug use:        Domestic violence charge, pled down to disorderly conduct

Known family, friends, and other associates *(name, relation, address, phone number)*:

FBI number:        368152WD4

Complete description of auto:

Investigative agency:        Federal Bureau of Investigation

Investigative agency address:        425 W Nationwide Blvd, Columbus, OH 43215

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:

Date of last contact with pretrial services or probation officer *(if applicable)*: