UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JARED HUNTER ADAMS | Criminal No. 21-cr-00212-ABJ |

## MOTION TO WITHDRAW AS COUNSEL

Comes now undersigned counsel to respectfully move this Court to grant him leave to withdraw as counsel.

As ground therefore, counsel states as follows:

1. Counsel was appointed to this case on March 13, 2021.

2. Since that date, counsel has numerous conferences and texts to and from the defendant.

3. At this point the attorney-client relationship has broken down to the point that there are irreconcilable conflicts about how this case should be handled so that no meaningful discussions can be had.

4. The undersigned moves the Court that new counsel should be appointed.

WHEREFORE, it is prayed that this Motion be granted.

Respectfully submitted,

/s/ Richard S. Stern
_____
RICHARD S. STERN
DC Bar No. 205377
932 Hungerford Drive
Suite 37A
Rockville, MD 20850
301-340-8000
E-mail: rssjrg@rcn.com

1

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY THAT a copy of the foregoing was served by postage prepared first class mail to:

Mr. Jared Hunter Adams
9230 Cemetery Pike
Plain City, OH 43064

and electronically on all counsel of record by ECF this 26th day of March, 2021.

                                      */s/ Richard S. Stern*
                                      _____
                                      RICHARD S. STERN