# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>JARED HUNTER ADAMS,<br><br>     Defendant. | Case No.: 1:21-cr-00212 ABJ-1<br><br>**NOTICE OF APPEARANCE** |

  *Et modo ad hunc diem* please enter the appearance of the undersigned as counsel for the defendant.  Designation CJA Appointment.

Dated: April 28, 2021

                 Respectfully submitted,

                 _____
                 Joseph R. Conte, Bar #366827
                 Counsel for Jared Hunter Adams
                 Law Office of J.R. Conte
                  400 Seventh St., N.W., #206
                 Washington, D.C. 20004
                 Phone:202.638.4100
                 Fax:   202.628.0249
                 E-mail:  dcgunlaw@gmail.com