# LFNNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>JARED ADAMS,<br>     Defendant. | Case No.: 1:21-cr-00212 ABJ-1<br><br>**MOTION FOR LEAVE TO WITHDRAW AS COUNSEL** |

  COMES NOW, Joseph R. Conte, counsel for Jared Adams, to respectfully request leave of this honorable court to withdraw as counsel for the defendant.  As grounds for this motion counsel would state:

  1.  In November 2022 undersigned counsel relocated to Florida due to health and personal reasons.

  2.  Counsel had originally intended to complete all cases assigned to him under the Criminal Justice Act notwithstanding his relocation.

  3.  Due to changed circumstances counsel is no longer able to represent the defendant in the present matter.

  4. Counsel submits that granting leave to withdraw as counsel will not prejudice the parties or the Court, and/or otherwise will be in the interests of justice.

  WHEREFORE counsel respectfully requests that his motion be granted.

Dated:  January 30, 2024

| | | |
|---|---|---|
| *United States v. Jared Adams* No. 1:21-cr-00212—ABJ-1<br><br>Motion for Leave to Withdraw as Counsel<br> Page -1-<br><br>WITHDRAW 24/01/30 10:15:05 | | Joseph R. Conte<br>Law Office of J.R. Conte<br>8251 NW 15th Ct.<br>Coral Springs, FL  33071<br>Phone:  202.236.1147<br>Email:  dcgunlaw@gmail.com |

Respectfully submitted,

_____
Joseph R. Conte
Counsel for Jared Adams
Law Office of J.R. Conte
8251 NW 15th Ct.
Coral Springs, FL  33071
Phone:      202.236.1147
Email:  dcgunlaw@gmail.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIGY  that a copy of the foregoing was served on the defendant, Jared Adams, by electronic mail at jaredadams2021@gmail.com this 30th day of January 2024.

_____
Joseph R. Conte

| United States v. Jared Adams No. 1:21-cr-00212—ABJ-1 <br><br> Motion for Leave to Withdraw as Counsel <br> Page -2- <br><br> WITHDRAW 24/01/30 10:15:05 | | Joseph R. Conte <br> Law Office of J.R. Conte <br> 8251 NW 15th Ct. <br> Coral Springs, FL  33071 <br> Phone:  202.236.1147 <br> Email:  dcgunlaw@gmail.com |
|---|---|---|