UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

JARED HUNTER ADAMS,

Defendant.

No. 1:21-cr-212 (ZMF)

## VERDICT FORM

**Count I:** Entering or Remaining in a Restricted Building or Grounds

__X__  _____
Guilty      Not Guilty

**Count II:** Disorderly or Disruptive Conduct in a Restricted Building or Grounds

__X__  _____
Guilty      Not Guilty

**Count III:** Disorderly or Disruptive Conduct in a Capitol Building or Grounds

__X__  _____
Guilty      Not Guilty

**Count IV:** Parading, Demonstrating, or Picketing in a Capitol Building

__X__  _____
Guilty      Not Guilty

Dated this 13th day of December, 2024

_____
FOREPERSON

1